O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-6718 AHM (AGRx) | Date | August 18, 2009 |
|---|---|---|---|
| Title | PAMFILA R. CAMANGIAN v. THE UNITED STATES OF AMERICA, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court DENIES Plaintiff's Motion for Reconsideration[1] of the Court's July 15, 2009 Order dismissing her claim for damages. Local Rule 7-18 provides:

> A motion for reconsideration of the decision on any motion may be made only on the grounds of (a) a material difference in fact or law from that presented to the Court before such decision that in the exercise of reasonable diligence *could not have been known* to the party moving for reconsideration at the time of such decision, or (b) the emergence of new material facts or a change of law occurring after the time of such decision, or (c) a manifest showing of a failure to consider material facts presented to the Court before such decision. No motion for reconsideration shall in any manner repeat any oral or written argument made in support of or in opposition to the original motion.

(emphasis added). The four letters—written by Plaintiff on January 17, 2000, January 31, 2000, December 26, 2001, and June 20, 2002—that Plaintiff submits as purported new evidence in support of her motion do not satisfy this rule. Nothing indicates that Plaintiff could not have known about these letters before the Court's decision. Indeed, she did know about these letters, as she asserts that she wrote them. Decl. of Pamfila R. Camangian ¶¶ 8-9. Nor has Plaintiff alleged any failure of the Court to consider material facts presented to it before its decision. As such, Plaintiff's motion for reconsideration must be DENIED.

---

[1] Docket No. 23.

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-6718 AHM (AGRx) | Date | August 18, 2009 |
|---|---|---|---|
| Title | PAMFILA R. CAMANGIAN v. THE UNITED STATES OF AMERICA, *et al.* | | |

No hearing is necessary.  Fed. R. Civ. P. 78; L. R. 7-15.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |