O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-6718 AHM (AGRx) | Date | June 14, 2010 |
|---|---|---|---|
| Title | PAMFILA R. CAMANGIAN v. THE UNITED STATES OF AMERICA, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

     The Court ORDERS Defendant to file, by not later than June 16, 2010, a brief not to exceed five pages setting forth authority establishing just what the debts were on which it took action after November 1, 1991, and why they were dischargeable or otherwise within the scope of the Bankruptcy Court's November 1, 1991 Order entitled "Discharge of Debtor."

|  | : |  |
|---|---|---|
| | Initials of Preparer | se |