O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-6718 AHM (AGRx) | Date | June 16, 2010 |
|---|---|---|---|
| Title | PAMFILA R. CAMANGIAN v. THE UNITED STATES OF AMERICA, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:  Attorneys **NOT** Present for Defendants:

**Proceedings:** IN CHAMBERS (No Proceedings Held)

The Court ORDERS Gavin L. Greene, counsel of record for the United States of America, to file a declaration stating that what he represented in the June 16, 2010 Response to Court's Order for Additional Briefing on Discharge ("Response") was true and correct. In the declaration, he should go on to answer the following questions:

1) When did the United States discover the error that it refers to on page 4, line 12 of its Response?

2) How did the United States discover that error?

3) When did the United States request that the $7,088.89 ("funds") be returned to Plaintiff? Attach any written request(s) made by the United States, as well as any response(s) by the IRS.

4) When will the return of the funds to Plaintiff be completed?

5) What supports the assertion made at line 18 of page 4 that "Plaintiff has been aware of these efforts for months?"

6) Why did the United States not previously disclose these facts to the Court?

///

O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-6718 AHM (AGRx) | Date | June 16, 2010 |
|---|---|---|---|
| Title | PAMFILA R. CAMANGIAN v. THE UNITED STATES OF AMERICA, *et al.* | | |

Mr. Greene's response is to be filed with the Court by not later than June 24, 2010.

|  | : |  |
|---|---|---|
| Initials of Preparer | | SMO |