O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-6718 AHM (AGRx) | Date | June 29, 2010 |
|---|---|---|---|
| Title | PAMFILA R. CAMANGIAN v. THE UNITED STATES OF AMERICA, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

   The Court acknowledges receipt of the Declaration of Gavin Greene, which was timely filed on June 23, 2010.  The matter is now resolved and Judgment will be entered.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |