ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (SBN 230807)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0115
    Email: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Pamfila R. Camangian, | Case No. CV08-06718 AHM (AGRx) |
|     Plaintiff, | Judgment |
|     vs. | |
| United States of America, | |
|     Defendant. | |

    On March 23, 2009, Pamfila Camangian ("Plaintiff") filed Plaintiff's First Amended Complaint which asserted claims for income tax refunds for tax years 1989, 1991, 1992, 1993, 1994, 1995, 1996, 2004 and the 2000 Tax Rebate.[1]

    On February 22, 2010, the United States of America ("Defendant"), filed its Motion for Summary Judgment.

---

[1] The First Amended Complaint also asserted a claim for damages, which was previously dismissed by the Court without leave to amend.  *See* Dkt. No. 20 (July 15, 2009 Order).

1. On March 19, 2010, Plaintiff filed Plaintiff's Opposition to Motion and Motion for Summary Judgment.
2. On March 22, 2010, Plaintiff's attorney filed Plaintiff's Opposition to Motion for Summary Judgment.

Based on the papers filed in this case, all other matters properly made part of the record, including both Plaintiff's Opposition, and that of her attorney, which fail to demonstrate a genuine issue of material fact as to whether Plaintiff is entitled to the relief she seeks in her First Amended Complaint, and for good cause appearing,

**IT IS ORDERED** that the United States' Motion for Summary Judgment is granted and the Amended Complaint filed by Pamfila R. Camangian is denied in full, thus resolving the Amended Complaint in favor of the United States.

**IT IS SO ORDERED.**

DATED: June 29, 2010

_____
A. HOWARD MATZ
United States District Judge

**JS-6**

Presented by:

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


GAVIN L. GREENE
Assistant United States Attorney
Attorneys for United States of America